DICKE ET AL., APPELLANTS, *v.* SAFECO INSURANCE COMPANY, APPELLEE.

**[Cite as *Dicke v. Safeco Ins. Co.* (2001), 91 Ohio St.3d 334.]**

(No. 01–343—Submitted March 28, 2001—Decided April 11, 2001.)

---

The judgment of the court of appeals is affirmed on the authority of *Davidson v. Motorists Mut. Ins. Co.* (2001), 91 Ohio St.3d 262, 744 N.E.2d 713.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

---

*Gooding, Huffman, Kelley & Becker, L.L.C., T. Blain Brook II* and *Lawrence A. Huffman,* for appellants.